# ELECTRONIC RECORD

1355-14
1356-14

COA #   02-13-00066-CR          OFFENSE:   OTHER CRIMINAL

STYLE:   Mark Mabry v. The State of Texas   COUNTY:   Denton

COA DISPOSITION:   AFFIRM          TRIAL COURT:   362nd District Court

DATE: 09/11/2014          Publish: NO   TC CASE #:   F-2011-1709-D

---

# IN THE COURT OF CRIMINAL APPEALS   1355-14
1356-14

STYLE:   Mark Mabry v. The State of Texas          CCA #: _____

___PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED_____          JUDGE: _____

DATE: _02/04/2015_____          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD